UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:24-CR-80-KAC-JEM |
| | ) | |
| KHALID SULLIVAN, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This case is before the Court on Motion to Review the Attorney-Client Relationship [Doc. 38], filed by Attorney Forrest Wallace on October 10, 2025.

In the motion, Attorney Wallace states that "the defendant has communicated his dissatisfaction with counsel's representation, particularly considering the Court's ruling regarding the motion to suppress evidence [*see* Report, Doc. 36], and has requested that new counsel be appointed" [Doc. 38 ¶ 2].

The parties appeared before the Court for a hearing on the motion on October 17, 2025. Assistant United States Attorney Michael Gilmore appeared on behalf of the Government. Attorney Forrest Wallace appeared on behalf of Defendant, who was also present. Attorney Joshua D. Hedrick was also present at the Court's request.

At the motion hearing, the Government confirmed that it had no position on the motion. Based upon the information presented about the status of the attorney-client relationship during the sealed portion of the hearing, the Court is reasonably satisfied that there are sufficient grounds to substitute counsel based on a strained relationship, which is suffering from a breakdown of

communication that has compromised beyond repair counsel's ability to render effective assistance. Good cause therefore exists for substitution of counsel.

The Motion to Review the Attorney-Client Relationship [**Doc. 38**] is **GRANTED** and Attorney Forrest Wallace is **RELIEVED** as counsel of record for Defendant. Attorney Joshua D. Hedrick agreed to accept representation of Defendant at the hearing. The Court **SUBSTITUTES and APPOINTS** Attorney Joshua D. Hedrick under the Criminal Justice Act, 18 U.S.C. § 3006A, as counsel of record for Defendant. The Court **DIRECTS** former Attorney Forrest Wallace to provide the discovery and information from Defendant's file to Attorney Joshua D. Hedrick.

Accordingly, the Court **ORDERS**:

(1) the Motion to Review the Attorney-Client Relationship [**Doc. 38**] is **GRANTED**;

(2) Attorney Forrest Wallace is **RELIEVED** of further representation of Defendant, and Attorney Wallace is **DIRECTED** to provide new counsel with the discovery and information from Defendant's file; and

(3) Attorney Joshua D. Hedrick is **SUBSTITUTED** and **APPOINTED** as counsel of record for Defendant.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge